EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2001

____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00488 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 152(1), 152(3)] |
| NICOLE WELDON, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges:

From on or about December 8, 1997 until June 23, 1998, in the District of Hawaii and elsewhere, the Defendant, NICOLE WELDON, did knowingly and fraudulently conceal property belonging to the estate, in and in relation to a case under Title 11, IN RE NICOLE WELDON, Bankruptcy Court Case No. 97-04162, specifically

her interest in Nicole Weldon; Da Kart, Inc.; and Nicole Dechaine v. Miyake Concrete Accessories, et al., from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee.

All in violation of Title 18, United States Code, Section 152(1).

## Count 2

The Grand Jury further charges:

On or about December 8, 1997, in the District of Hawaii, the Defendant, NICOLE WELDON, knowingly and fraudulently made false declarations, certificates, and statements under penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, IN RE NICOLE WELDON, Bankruptcy Court Case No. 97-04162, by submitting a Statement of Financial Affairs in which she responded to question 4 on the Statement of Affairs which requires that the debtor "List all suits and administrative proceedings to which the debtor is or was a party within one year of the filing of this case" by listing Erving Domingo et al. v. Nicole Weldon, et al., Civ. No. 97-0286, but failed to list Nicole Weldon; Da Kart, Inc.; Nicole Dechaine v. Miyake Concrete Accessories, et al., Civ. No. 97-0748, in which she was the plaintiff and which she knew had been filed less than one year prior to the bankruptcy filing and

which ultimately resulted in a payment of $100,000 to Defendant NICOLE WELDON.

All in violation of Title 18, United States Code, Section 152(3).

DATED: 12/12/01, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES vs. NICOLE WELDON
Cr. No. _____
"Indictment"